[No. 4288.    Decided December 12, 1902.]

ADAMS COUNTY, *Respondent*, v. ALBERT SCHROEDER, *et ux., Appellants*.

Appeal from Superior Court, Adams County.—HON. FRANK H. RUDKIN, Judge.    Affirmed.

*W. W. Zent* and *Sullivan, Nuzum & Nuzum*, for appellants.

*C. L. Holcomb* and *O. R. Holcomb*, for respondent.

PER CURIAM.—This case involves the same questions which were decided by this court in *Selde v. Lincoln County*, 25 Wash. 198 (65 Pac. 192).    Under the rule announced in that case, the judgment will be affirmed.

---

[No. 4428.    Decided December 31, 1902.]

MARTIN L. BERGMAN *et al., Appellants*, v. CHARLES P. OUDIN *et al., Appellants*.

Appeal from Superior Court, Spokane County.—HON. GEORGE A. JOINER, Judge.    Affirmed.

*R. L. Edmiston* and *Danson & Huneke*, for plaintiffs.

*W. J. Thayer*, for defendants.

PER CURIAM.—This case involves only questions of fact.    Both parties have appealed from the findings of fact and conclusions of law made by the court.    After an examination of the lengthy record presented and the extensive briefs of counsel, we have concluded that substantial justice was meted out to the parties by the trial court, and are not inclined to interfere with its judgment.    The judgment will, therefore, be affirmed, neither party obtaining costs on appeal.